IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID A. LUSTER, | : |
| Petitioner, | : |
| v. | : No.: 4:17-CV-684 |
| WARDEN ODDO, | : (Judge Brann) |
| Respondent. | : |

## ORDER

**AND NOW**, this 25th day of May 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Luster's habeas corpus petition is **TRANSFERRED** to the United States District Court for the Middle District of Georgia for consideration by the sentencing court.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge